UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

Erin Jessica Eiler )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )
  ) Case No. 19-4046
vs. ) (To be assigned by
  ) Clerk of District Court)
Wells Fargo Bank )
EEOC - Minneapolis, MN )
Human Rights Department of Labor )
South Dakota  et al )
_____ )
(Enter the full name of **ALL** Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties. Merely listing one party and "et al." is )
insufficient. Please attach additional sheets if )
necessary.) )

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

This is an action for employment discrimination and review by EEOC (US Equal Employment Opportunity Commission-Minnesota) and South Dakota Human Rights Dept of Labor. The plaintiff sought employment at Wells Fargo Bank 405 Dakota Ave S Huron, SD 57350 and was denied employment as Teller by defendant 6/30/18. The defendant is not a federal government agency and the plaintiff has filed charges against the defendant asserting acts of discrimination indicated in this complaint with any of the following government agencies: The South Dakota Department of Human Rights and the US EEOC, both within a timely manner. A copy of charges are attached. (Right to Sue)

1

II. Plaintiff, _Erin Jessica Eiler_ resides at

_407 S Grant St_
(street address)
_Pana_ , _Christian_ ,
(city)          (county)
_IL_ , _62557_, _605-968-5557_
(state)   (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

Mailing: 1741 Dakota Ave S, Box 199, Huron, SD 57350
Plaintiff frequently stays in a camper in South
Dakota area has been unable to sell a house in
Illinois, with undisclosed defects prior to buying property.

III. Defendant, _Wells Fargo Bank_ resides at, or its business is located at

_405 Dakota Ave S._
(street address)
_Huron_ , _Beadle_ ,
(city)          (county)
_SD_ , _57350_ _605-352-8631_
(state)   (zip)   (telephone number)

(If more than one defendant, provide the same information for each defendant below)

US EEOC
330 2nd Ave S Suite 720
Minneapolis, MN 55401

South Dakota Department of Labor
Human Rights
123 W. Missouri Ave
Pierre, SD 57501

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Wells Fargo Bank failed to hire the plaintiff as a Bank Teller 6/30/18 and subsequent positions applied to after this, where plaintiff was denied employment at Wells Fargo Bank as Private Mortgage Banker (Safe) 5412505 7/23/18 with no interview Boulder, CO. The plaintiff was denied a Teller position with Wells Fargo in California no interview after she was first denied employment at the Huron, SD Wells Fargo Bank branch. The plaintiff's last position of employ was with Wells Fargo/Spherion 2011-2012, is currently unemployed. Wells Fargo Bank failed to hire plaintiff, failed to reasonably accommodate the plaintiff's disability and retaliated against the plaintiff in relation to rights protected by the law. The defendant interfered with the plaintiff's exercise of and equal enjoyment of rights by discriminating against the plaintiff based on disabilities. The final decision not to hire the plaintiff violated equal opportunity rights and Title VII Americans with Disabilities Act and other Anti-discrimination laws under the US Constitution. Wells Fargo Bank is a previous employer of the plaintiff 2011-2012 in Sioux Falls, SD. Wells Fargo Bank knowingly, intentionally, and willfully discriminated against the plaintiff Erin Eiler.

V. Relief (State briefly and exactly what you want the Court to do for you.)

Therefore, the plaintiff asks the court grant the following relief to the plaintiff: Direct the defendant to hire the plaintiff, direct the defendant to reasonably accommodate the plaintiff's disabilities. If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees. Grant such other relief as the Court may find appropriate.

3

VI. **MONEY DAMAGES:**

  A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

  YES [X]         NO [ ]

  B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

  $150,000.00

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

  YES [X]         NO [ ]

VIII. Are you requesting a Jury Trial?

  YES [ ]         NO [X]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of February, 20 19

_____
Signature of Plaintiff[s]

UNITED STATES DISTRICT COURT

| | |
|---|---|
| ERIN JESSICA EILER<br>    PLAINTIFF | )<br>)<br>) |
| V. | ) |
| WELLS FARGO BANK<br>SOUTH DAKOTA HUMAN RIGHTS<br>EEOC ET AL.<br>    DEFENDANTS | )<br>)<br>) |

COMPLAINT

It is hereby attached in continuation of complaint.

The defendant discriminated against the plaintiff by not hiring the plaintiff as a Teller at Wells Fargo Bank because of the plaintiff's Age (Age Discrimination Employment Act), Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. 1981)., Disability (Americans with Disabilities Act or Rehabilitation Act), National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C 1981), Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C 1981)., Religion (Title VII of the Civil Rights Act of 1964)., Sex (Title VII of the Civil Rights Act of 1964).

Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. §1331, 28 U.S.C. §1343(a)(3), and 42 U.S.C. §2000e-5(f)(3); for 42 U.S.C. §1981 and §1983 by 42 U.S.C. §1988; for the A.D.E.A. By 42 U.S. C. §12117; for the Rehabilitation Act, 29 U.S.C. §791.

28 USCS § 1331 "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

Under Article III of the Constitution, Federal courts can hear "all cases, in law and equity, arising under this constitution, and the laws of the United States..." US Const, Art III, Sec 2. The Supreme Court has interpreted this clause broadly, finding that it allows federal courts to hear any case in which there is a federal ingredient. Osborn v. Bank of the United States, 9 Wheat. (22 U.S.) 738 (1824).

A Checklist for judicial review of an administrative agency decision by J.A. Sebastian, Carl R. Draper, and Jewel N. Klein. July 2010, vol. 40, no. 1
    5. Who must be named and served?
All parties of record to the proceeding, thus name the director of the agency, and the administrative agency, the board, committee, or other government entity, and name all other parties who participated in the administrative agency action, including, for example, if the proceeding had been held before the Cook County Sheriff's Merit Board based on a complaint for hearing brought by the Sheriff of Cook County, name the Sheriff of Cook County in the complaint for judicial review because the Sheriff had been a party to the administrative Cook County Sheriff's Merit Board proceeding; or name the Illinois Labor Relations Board, Local Panel, if the proceeding was held before the Illinois Labor Relations Board, Local Panel. Failure to name the "Local Panel" may result in dismissal of the review action. Similarly, where a former teacher, in the appeal of his termination, failed to name as a defendant the

Illinois State Board of Education, which was charged with providing a termination hearing pursuant to 105 ILCS 5/2-3.8, and the hearing officer as parties of record under the Illinois School Code, may result in dismissal of the review action. See Jones v. Cahokia Unit Sch. Dist. No. 187, 363 Ill App. 3D 939, 845 N.E. 2D 866, (5th Dist. 2006).

The clerk of the circuit court will serve summons on all parties that plaintiff has identified, so be sure to include the names and addresses of each and every party to assure that the summons is served within the 35-day statutory time period. Note Supreme Court Rule 12, which specifies when service is effective by mail (12(d): 4 days); by commercial carrier (12(e): on 3d business day); and by fax (12(f): on next court day).

The EEOC enforces the prohibitions against employment discrimination in Title VII of the Civil Righst act of 1964, the Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, Sections 501 and 505 of the Rehabilitation Act of 1973, Title I and V of the Americans with Disabilities Act of 1990 (ADA), Title II of the Genetic Information Non-discrimination based on race, color, sex, religion, national origin, age, disability, and genetic information, as well as reprisal for protected activity, The Commission's interpretations of these statutes apply to its adjudication and enforcement in federal sector as well as private sector and state and local government employment.

Section 3-111(a):
The Circuit Court has delineated powers including the power
 - To dismiss parties, to correct misnomers, to realign parties, or to join agencies or parties (P.A. 95-831, eff. 8/14/08)

The power of the federal courts supersedes a lower courts authoritative review.

In a decision, the United States Court of Appeals for the Fourth Circuit confirmed that a viable retaliation suit can proceed in federal court with an untimely discrimination claim. The retaliation claim need not be filed with the Equal Employment Opportunity Commission ("EEOC") before it is filed in federal court. The decision is Hentosh v. Old Dominion University, No. 13-2037 (4th Cir. Sep. 24, 2014).

The plaintiff would like to additionally add retaliation component relative to her employment during 2011-2012 for an additional count within the complaint. The plaintiff claims to have received retaliation to prevent them from working at Wells Fargo Bank again relative to filing a discrimination complaint.

The plaintiff would like to state that Erin Eiler was a party of record to the administrative proceedings that rights, privileges, or duties wer adversely affected by the agency's decision.

The plaintiff hereby makes request in her complaint that the transcript of evidence shall be filed by the agency as part of the record. The plaintiff requests the decision of the EEOC/agency/or other authority to be reviewed where the plaintiff was a party of record to the administrative proceedings with the named defendants and that rights, privileges, and duties were adversely affected by the agency's/authority's decision. The Agency/authority decision was wrong to discontinue employment of the plaintiff, Erin Eiler, and not to rehire her with several job applications to Wells Fargo Bank in the Sioux Falls area since termination. The defendant retaliated later by not reemploying the plaintiff with knowledge about her disabilities and other protected information known or found during her employment with Wells Fargo Bank 2011-2012. Discrimination and retaliation against the plaintiff by termination her employment and by not re-employing, has resulted with damages of long-term unemployment and any financial debts to prevent employment elsewhere. Furthermore, damages of discrimination/defamation/slander/retaliation to character of the plaintiff by not rehiring the plaintiff have been incurred by actions of the defendant(s).

The plaintiff requests review of the South Dakota Human Rights and EEOC to offer a more favorable decision to re-employ the plaintiff at Wells Fargo Bank where the plaintiff was last employed when she worked at Wells Fargo/Spherion Staffing 2011-2012 in Sioux Falls or compensate financial damages in order to help remedy the situation of the plaintiff's problem with long-term unemployment, resulting from termination of short-term employment opportunity and failure to rehire the plaintiff at Wells Fargo.

The plaintiff hereby makes request to the Clerk of Courts for preparation of a summons to the additional parties'.

_____
Erin Jessica Eiler
Email: Eiler.erin7@gmail.com
Plaintiff accepts and requests all correspondence by email.

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Erin J. Eiler
1741 Dakota Avenue S.
Box 199
Huron, SD 57350

From: Minneapolis Area Office
Equal Employment Opportunity Commission
330 S 2nd Avenue, Suite 720
Minneapolis, MN 55401

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32J-2018-00045 | David R. Noyes, Investigator Support Asst | (612) 335-4057 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

11/30/2018
(Date Mailed)

Enclosures(s)

cc:

Marcia J. Kerwin, Legal EEO Consultant
Wells Fargo Legal Department
90 South 7th Street,
9th Floor – MAC: N9305-09R
Minneapolis, MN 55402

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Erin J. Eiler
1741 Dakota Avenue S.
Box 199
Huron, SD 57350

From: Minneapolis Area Office
Equal Employment Opportunity Commission
330 S 2nd Avenue, Suite 720
Minneapolis, MN 55401

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32J-2018-00044 | David R. Noyes, Investigator Support Asst | (612) 335-4057 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____   11/30/2018
Julianne Bowman,           (Date Mailed)
District Director

Enclosures(s)

cc:

Marcia J. Kerwin, Legal EEO Consultant
Wells Fargo Legal Department
90 South Seventh Street,
9th Floor - MAC: N9305-09R
Minneapolis, MN 55402

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

**To:** Erin J. Eiler
1741 Dakota Avenue S.
Box 199
Huron, SD 57350

**From:** Minneapolis Area Office
Equal Employment Opportunity Commission
330 S 2nd Avenue, Suite 720
Minneapolis, MN 55401

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32J-2018-00039 | David R. Noyes, Investigator Support Asst | (612) 335-4057 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Julianne Bowman,
District Director

11/30/2018
(Date Mailed)

Enclosures(s)

cc:
Marcia J. Kerwin, Legal EEO Consultant
Wells Fargo Legal Department
90 South 7th Street,
9th Floor – MAC: N9305-09R
Minneapolis, MN 55402

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Erin J. Eiler
1741 Dakota Avenue S.
Box 199
Huron, SD 57350

From: Minneapolis Area Office
Equal Employment Opportunity Commission
330 S 2nd Avenue, Suite 720
Minneapolis, MN 55401

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32J-2018-00038 | David R. Noyes, Investigator Support Asst | (612) 335-4057 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

11/30/2018
(Date Mailed)

Enclosures(s)

cc: Marcia J. Kerwin, Legal EEO Consultant
Wells Fargo Legal Department
90 South 7th Street, 9th Floor
MAC: N9305-09R
Minneapolis, MN 55402

# Southern Illinois University

## Carbondale
## Graduate School

On recommendation of the Chancellor and Faculty, the Board of Trustees, by virtue of the authority vested in it, has conferred on

## Erin Jessica Eiler

the degree of

## Master of Business Administration

Business Administration

and has granted this Diploma as evidence thereof this second day of August, 2014



Randy J. Dunn, President
Randall T. Thomas, Chairman of Board

Bob Colwell, Chancellor
Dean



# STATE OF ILLINOIS
## SECRETARY OF STATE

COUNTRY OF DESTINATION: CHINA

## CERTIFICATE

1. Country: United States of America

This public document

2. has been signed by  SHANNON GROTTI

3. acting in the capacity of  NOTARY PUBLIC  JACKSON COUNTY

4. bears the seal/stamp of  STATE OF ILLINOIS

Certified

5. at  CHICAGO, ILLINOIS          6. the  AUGUST 30, 2017

7. by  Secretary of State, State of Illinois

8. No.  C17MF051645

9. Seal/Stamp:          10. Signature:



*Jesse White*

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

This Certification only certifies the signature and the seal or stamp it bears. It does not certify content of the document for which it was issued.
THIS CERTIFICATION IS NOT VALID WITHIN THE UNITED STATES OF AMERICA

Printed on recycled paper. Printed by authority of the State of Illinois. February 2017 — 80M — I 168.4

# Butler University

To all persons who read these letters, Greeting:

Be it known that the President, Faculty and Board of Trustees, by virtue of the authority invested in them by the great State of Indiana, have conferred upon

**Erin Jessica Eiler**

the degree of

**Bachelor of Science**

together with all the honors, rights, privileges and responsibilities pertaining thereto. In witness whereof, we have affixed the Seal of the University and signed our names in the City of Indianapolis in the State of Indiana in the United States of America, on this the eleventh day of May, 2002.



7/26/17

## Affidavit

I, Mary Carmack, hereby swear and attest that the attached document is true and accurate.

This 26th day of July (month), 2017 (year).

Mary Carmack
(Signature)

State of Indiana

On this, the 26th day of July (month), 2017 (year), before me a notary public, the undersigned officer, personally appeared Mary Carmack, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

(Signature)

Christeen L. Prui
(printed name of notary)

Johnson                    12-8-2022
(county of residence)      (commission expiration date)





# United States of America
## CERTIFICATE OF OFFICE
## STATE OF INDIANA

I, Connie Lawson, Secretary of State of Indiana, DO HEREBY CERTIFY:

That, according to records on file in my office Christeen L. Price Notary Public in and for the County Johnson at the term of said office included the date July 26, 2017 that to all his/her official acts as said officer, full faith and credit ought to be given in all Courts of Justice and elsewhere. In testimony whereof I have hereunto set my hand and caused to be affixed the Great Seal of the State of Indiana at Indianapolis, this the Thirty-First day of July, 2017



_____
Connie Lawson
Indiana Secretary of State

By: _____
Deputy

Effective May 1, 2003 all apostilles from the Indiana Secretary of State will have an electronically printed seal. This document was revised March 17, 2012.

# UNIVERSITY OF SIOUX FALLS
Office of the Registrar, Sioux Falls, SD 57105

```
Name:    Erin J Eiler                                          Student ID: 195280
         PO Box 776                                             Class: Graduate
         Sioux Falls, SD  57101

Degree:                         Major2:                 Minor2:
Degree Date:                    Major3:                 Concentration1:
Major1: Teaching                Minor1:                 Concentration2:
===================================================================================

---------------------- Fall 2009 ----------------------
EDU514       Teaching/Learning w/ Technology    3.00 A

        attempt   earn   pass  quality  points   gpa
ses      3.00     3.00   0.00    3.00    12.00  4.000
cum      3.00     3.00   0.00    3.00    12.00  4.000


---------------------- Spring 2010 ----------------------
EDU508       Pedagogy for Middle and            3.00 A-
             Secondary Level Educators
EDU557       Literacy Across the Curriculum     3.00 A

        attempt   earn   pass  quality  points   gpa
ses      6.00     6.00   0.00    6.00    23.10  3.850
cum      9.00     9.00   0.00    9.00    35.10  3.900


---------------------- Summer Session 2010 ----------------------
EDU505       Human Relations                    3.00 A
EDU526       Educational Psychology & Eval      3.00 B-

        attempt   earn   pass  quality  points   gpa
ses      6.00     6.00   0.00    6.00    20.10  3.350
cum     15.00    15.00   0.00   15.00    55.20  3.680


---------------------- Fall 2010 ----------------------
EDU506       Foundations of Education           3.00 A
EDU515       Exceptional Student                3.00 A
EDU533       Native American Studies            3.00 A

        attempt   earn   pass  quality  points   gpa
ses      9.00     9.00   0.00    9.00    36.00  4.000
cum     24.00    24.00   0.00   24.00    91.20  3.800


---------------------- Spring 2011 ----------------------
EDU525       Secondary/K-12 Content Methods     2.00 A
             Science
EDU555       Research & Instructional Mngmnt    3.00 A

        attempt   earn   pass  quality  points   gpa
ses      5.00     5.00   0.00    5.00    20.00  4.000
cum     29.00    29.00   0.00   29.00   111.20  3.834


End of Transcript
```

ISSUED TO STUDENT

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

In accordance with USC 438 (6) (4) (8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agent or employees, will not permit any other party access to this record without consent of the student. Alterations of this transcript may be a criminal offense.

Anna Heckenlaible
Registrar

EILER,ERIN JESSICA [IND] DD214 ENLISTED RECORD & RPT OF SEP ADMIN 05/02/2005 08:47 --- page 1 of 1 ---

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | | 2. DEPARTMENT, COMPONENT AND BRANCH | | 3. SOCIAL SECURITY N |
|---|---|---|---|---|
| EILER, ERIN JESSICA | | ARMY/RA | | 353 72 3577 |
| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | | 6. RESERVE OBLIG. TERM. DATE |
| SPC | E4 | 19780430 | | Year 0000 Month 00 Day |

7.a PLACE OF ENTRY INTO ACTIVE DUTY: DES PLAINES, IL
7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known): 35 COUR DALENE, PALOS HILLS, IL 60465

8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND: MEDDAC MD HLDG CO MC
8.b STATION WHERE SEPARATED: FORT KNOX, KY 40121-5000

9. COMMAND TO WHICH TRANSFERRED: NA
10. SGLI COVERAGE Amount: $150,000.00

11. PRIMARY SPECIALTY: 91W10 00 HEALTH CARE SPECIALIST--1 YRS-9 MOS //NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Days |
|---|---|---|---|
| a. Date entered AD This Period | 2002 | 11 | 26 |
| b. Separation Date This Period | 2005 | 04 | 14 |
| c. Net Active Service This Period | 0002 | 04 | 19 |
| d. Total Prior Active Service | 0000 | 00 | 00 |
| e. Total Prior Inactive Service | 0000 | 00 | 00 |
| f. Foreign Service | 0001 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 2002 | 11 | 26 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service):
KOREA DEFENSE SERVICE MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVIC MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

14. MILITARY EDUCATION: HEALTH CARE SPECIALIST CRS, 16 WEEKS, JUL 2003//NOTHING FOLLOWS

15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: 40.0
17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: Yes (X)

18. REMARKS:
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20001013-20021125//DISABILITY SEVERANCE PAY - $6782.40//MEMBER HAS N COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

19.a MAILING ADDRESS AFTER SEPARATION (include Zip Code): 134 ASH COURT, RADCLIFF, KY 40160
19.b NEAREST RELATIVE (Name and address, include Zip Code): BARBRA LARSON, 14306 COUNTRY CLUB LN, ORLAND PARK, IL 60462

22. OFFICIAL AUTHORIZED TO SIGN: DENIS W. SHEPHERD, CHIEF, TRANS CTR

23. TYPE OF SEPARATION: DISCHARGE
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: AR 635-40, PARA 4-24B(3)
26. SEPARATION CODE: JFL
27. REENTRY CODE: 3

28. NARRATIVE REASON FOR SEPARATION: DISABILITY, SEVERANCE PAY

29. DATES OF TIME LOST DURING THIS PERIOD:

30. MEMBER REQUESTS COPY 4

DD Form 214-AUTOMATED NOV 88    Previous editions are obsolete.    MEMBER

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Erin Jessica Eiler

**DEFENDANTS**
Wells Fargo Bank
405 Dakota Ave S
Huron, SD 57350

**(b)** County of Residence of First Listed Plaintiff: Christian
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Beadle
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* pro se
1741 Dakota Ave S Box 199
Huron, SD 57350 (mailing only)

Attorneys *(If Known)*
US EEOC
330 2nd Ave S, suite 720
Minneapolis, MN 55401

South Dakota Department of Labor
123 W. Missouri Ave
Pierre, SD 57501

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of Civil Rights Act 1964; Title I of ADA 1990 Civil Rights Act 1991 and Federal Question

Brief description of cause:
Race Title VII of Civil Rights Act and 42 USC 1981
Plaintiff was discriminated against when she was not hired as a Teller at Wells Fargo

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 150,000
- CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 2-28-2019
SIGNATURE OF ATTORNEY OF RECORD: Erin Eiler, pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____