UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ERIN JESSICA EILER,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | 4:19-CV-04046-KES<br><br><br>JUDGMENT |

  Based on the Order Dismissing Complaint, it is

  ORDERED, ADJUDGED, AND DECREED that judgment is entered against plaintiff, Erin Jessica Eiler, and in favor of defendant, Wells Fargo Bank.

  Dated January 6, 2020.

              BY THE COURT:

              /s/ *Karen E. Schreier*
              KAREN E. SCHREIER
              UNITED STATES DISTRICT JUDGE